**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

LEANN ARCHIBALD,
    Petitioner

v.                                            CA 08-272S

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,
    Respondent.

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on May 26, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1)(B). No objection having been filed, Defendant's Motion for an Order Affirming the Decision of the Commissioner is DENIED, and Plaintiff's Motion to Reverse Without, or Alternatively, with a Remand for a Rehearing of the Commissioner's Final Decision is GRANTED and the matter is remanded to the Commissioner for further administrative proceedings.

BY ORDER:

_____
DEPUTY CLERK

ENTER:

_____
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 6/15/09